IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                          4:98-CR-00252-BRW

DEWAYNE ALAN JERNIGAN

## ORDER

Defendant's *pro se* Motion under 28 U.S.C. § 2255 (Doc. No. 108) is DENIED for the same reasons his last Motion under § 2255 was denied.[1]

IT IS SO ORDERED this 16th day of October, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 103 (Order denying Defendant's second Motion under § 2255 because the Motion was successive and Defendant failed to obtain a certificate from the Eighth Circuit Court of Appeals).